# In The United States Court of Federal Claims

Nos. 07-691C, 07-732C, 07-741C, 07-747C, 07-760C, 07-761C,
07-766C, 07-771C and 07-803C

(Filed: November 15, 2007)

SERCO INC.;
STANLEY ASSOCIATES INC.;
CGI FEDERAL INC.;
STG, INC.; ARTEL, INC.;
ADVANCED TECHNOLOGY SYSTEMS INC.;
APPTIS INC.; NORTEL GOVERNMENT SOLUTIONS, INC.,
and THE CENTECH GROUP, INC.

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

INDUS CORPORATION;
ELECTRONIC DATA SYSTEMS CORPORATION;
INTERNATIONAL BUSINESS MACHINES CORPORATION; and
GENERAL DYNAMICS ONE SOURCE, LLC,

Defendant-Intervenors.

**ORDER**

Earlier today, The Centech Group filed a complaint (No. 07-803C) in this court, which relates to the procurement at issue in the above-captioned consolidated cases. By order this day, the court has consolidated action No. 07-803C with this action for purposes of briefing and decision.

The court desires to adopt a schedule for this new case in the most efficient way possible and, in so doing, to employ the model that has been employed as additional cases have been filed and consolidated into this action. Toward that end, unless an objection or comment by any party is filed at or before **5:30 p.m. (EST)**, on **November 16, 2007**, the court will thereafter issue orders accomplishing the following:

1. Extending the protective order in this consolidated case to include case No. 07-803C. In particular, paragraph 2(d) of the November 2, 2007, protective order shall be modified to include those consultants and attorneys, who have been retained by The Centech Group, Inc., to represent it in this protest (provided counsel for Nortel makes the representations required in paragraph 4 of Appendix A to the protective order filed in this case on October 4, 2007, with said representations to be made to the court in an e-mail containing the names of the individuals to be listed);

2. Modifying the scheduling order to require that on or before **noon (EST)** on November 19, 2007, defendant shall file a CD-ROM version of the supplemental administrative record, containing documents relating to case No. 07-803C, which shall be contained in a single, tabbed PDF file, numbered consecutively; defendant shall effectuate same-day service of this CD-ROM to the other parties; on or before November 20, 2007, by **noon (EST)**, plaintiff, The Centech Group, Inc., shall file its designation of additional documents that were before the agency that should be added to the administrative record and, if necessary, a motion to supplement the record regarding documents that were not before the agency; and on or before November 23, 2007, by **5:30 p.m. (EST)** defendant shall produce the additional-designated agency materials, as well as any other materials that the court orders be produced under the motion(s) to supplement the record;

3. Modifying the scheduling order to require that on or before **November 26, 2007**, plaintiff, The Centech Group, shall file a statement of issues likely to be raised in its motion for judgment on the administrative record; each issue shall be separately numbered and be described in adequate detail to reveal the essential nature of the claims being raised thereunder; (the current deadline for such statements shall remain the same for the other plaintiffs in this action).

4. Otherwise requiring plaintiff, The Centech Group, Inc., to file its briefs at the same time as the plaintiffs in the consolidated action, consistent with the deadlines established in the scheduling order issued herein on November 2, 2007;

5. Treating the defendant-intervenors in the consolidated action as having intervened in case No. 07-803C; and

6. Providing that defendant and defendant-intervenors shall not be required to file responses to the new complaints in this consolidated matter.

Any objections posed to this case management plan shall state the nature of the objections with specificity, taking into account the expedited nature of this proceeding. Should plaintiff, The Centech Group, object to this schedule, it shall include a detailed statement explaining why, in light of the October 24, 2007, dismissal of its protest at the General Accountability Office, it did not file its complaint earlier, and why it did not file a notice of directly related cases pursuant to RCFC 40.2 with its complaint, in both instances with supporting declarations/affidavits. The court will respond to the objections or comments filed in whatever fashion it deems appropriate.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge