ORIGINAL

FILED
NOV 15 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| THE CENTECH GROUP, INC.<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 07-803 C |

## MOTION FOR LEAVE TO FILE CASE UNDER SEAL

Plaintiff, THE CENTECH GROUP, Inc., ("CENTECH"), applies to this court pursuant to RCFC Appendix C ¶ 1III for leave to file the case under seal. This case follows a bid protest originally brought by THE CENTECH GROUP, Inc. to the Government Accountability Office ("GAO"). The GAO imposes a protective order in that protest. (Matter of THE CETNECH GROUP, Inc., number B-29955).

WHEREFORE, for the reasons stated, Plaintiff requests leave to file the case under seal.

Dated this 15th Day of November 15, 2007

Respectfully submitted,

THE MARTIN LAW FIRM, PLLC

[signature]

Kenneth A. Martin, Esq.
6723 Whittier Ave., Suite 200
McLean, VA 22101
703-918-0350 (telephone)
703-918-0386 (facsimile)

Counsel to THE CENTECH GROUP, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing to be served on all parties listed below on this 15th day of November 2007, by first class delivery to

Department of Justice
Commercial Litigation Branch, Civil Division
(202) 514-7300 (facsimile);

Mary Catherine Beasley
Enterprise GWAC Center
9988 Hibert Street, Suite 310
San Diego, CA 92131

Kenneth A. Martin