ORIGINAL

FILED
NOV 1 5 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| **THE CENTECH GROUP, INC.** **Plaintiff,** v. **THE UNITED STATES,** **Defendant.** | ) | **No. 07-803 C** |

**DISCLOSURE STATEMENT**

Plaintiff, THE CENTECH GROUP, Inc., ("CENTECH"), files this Disclosure Statement in accordance with RCFC Rule 7.1.

The Plaintiff, THE CENTECH GROUP, Inc., does not have any parent companies and there are no public companies that own 10% or more of its stock.

Dated this 15th day of November, 2007

Respectfully submitted,

THE MARTIN LAW FIRM, PLLC

[signature]

Kenneth A. Martin, Esq.
6723 Whittier Ave., Suite 200
McLean, VA 22101
703-918-0350 (telephone)
703-918-0386 (facsimile)

Counsel to THE CENTECH GROUP, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing to be served on all parties listed below on this 15th day of November 2007, by first class mail to:

Department of Justice
Commercial Litigation Branch, Civil Division
(202) 514-7300 (facsimile);

Mary Catherine Beasley
Enterprise GWAC Center
9988 Hibert Street, Street 310
San Diego, CA 92131

Kenneth A. Martin